**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

DAVID RODRIGUEZ, etc.,
    Plaintiff,

vs.                            CASE NO. 8:08-CIV-642-T-17-MAP

1ST SMG COMMERCIAL LLC., et al.,
    Defendant.
_____/

**ORDER**

    This cause is before the Court on plaintiff's motion to strike defendants' affirmative defenses (Docket No. 6). The Court issued an order to the defendants to show cause why the motion should not be granted (Docket No. 13). The defendants failed to show cause. The Court has reviewed the unopposed motion to strike and finds it well-taken. Accordingly, it is

    **ORDERED** that the motion to strike defendants' affirmative defenses (Docket No. 6) be **granted and the following affirmative defenses are stricken:** Ninth, Tenth, Eleventh, Twelfth, Thirteenth, Fourteenth, Seventeenth, Eighteenth, Nineteenth, and Twentieth.

    **DONE and ORDERED** in Chambers, in Tampa, Florida, this 16th day of July, 2008.



Copies to: All parties and counsel of record